IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2010 AUG -9 PM 4:37
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

BOBBY COCHRAN )
) Civil Case No. _____
) Judge _____
v. )
)
JP MORGAN CHASE, N.A. )

MOTION TO FILE ELECTRONICALLY
(Type of Pleading)

I WANT FILE ELECTRONICALLY DUE TO MY TRAVEL SCEDULE FOR WOR

_____ Signature [signed: Bobby C.]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded by

_____

_____

_____

_____

on this the _____ day of _____, 200___.

_____