# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BOBBY COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0753 |
| | ) | Judge Trauger |
| JP MORGAN CHASE, N.A., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## O R D E R

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Docket No. 5) is **GRANTED**. The Clerk shall file the Complaint (titled an "Original Petition" by the plaintiff).

This case is referred to the Magistrate Judge for a frivolity review under 28 U.S.C. § 1915(e)(2)(B) and for case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1) and to conduct any necessary proceedings under Rule 72, FED.R.CIV.P.

The Magistrate Judge is requested to note that the plaintiff is requesting a temporary restraining order and a temporary injunction.

It is so **ORDERED**.

ENTER this 10th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge