**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

10-753
Postmark Here

#7

Sent To: Bobby Cochran
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7009 0410 0000 7445 6916

PS Form 3800, August 2006          See Reverse for Instructions