UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BOBBY COCHRAN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:10-cv-00753 |
| | ) |
| JP MORGAN CHASE, N.A., | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, pursuant to the Local Rules of Practice, and files this Notice of Appearance as counsel of record for Defendant JP Morgan Chase, N.A. in the above-captioned matter. Please direct all further Notices and Orders from the Court to the undersigned.

    Respectfully submitted,

    _____/s/ James C. Bradshaw III_____
    James C. Bradshaw III, BPR 13170
    **WYATT, TARRANT & COMBS, LLP**
    2525 West End Avenue, Suite 1500
    Nashville, Tennessee  37203
    Telephone: 615.244.0020
    Facsimile: 615.256.1726

    Counsel for Defendant

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, on this the 20th day of August, 2010:

Bobby Cochran
7176 Chester Road
Fairview, Tennessee 37062

                                                 /s/ James C. Bradshaw III

45405613.1