IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2011 JAN -3 PM 4:21
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | |
|---|---|
| BOBBY COCHRAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:10-0753 |
|  | ) Judge Trauger |
| JP MORGAN CHASE, N.A., | ) Magistrate Judge Griffin |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

I have attended and completed the ECF training with Anne Frantz, and I am requesting permission for an ECF account. Due to the nature of my work, I have to travel out of town a great deal. It is very important that I be able to file electronically.

Respectfully Submitted,

*/s/ Bobby Cochran* 12-31-2010

Bobby Cochran
7176 Chester Rd
Fairview, TN 37062
Cochranbgc@aol.com
615-799-8040  615-406-6667

CERTIFICATE OF SERVICE

I _Bobby Cochran_ certify that I have served _James C. Bradshaw_ with a copy of the attached document via _U.S. Post Office_ on this the _3rd_ of _January_ 2010.

_/s/ Bobby Co[chran]_