IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOBBY COCHRAN, )
)
    Plaintiff, )
)
v. ) Civil No. 3:10-0753
) Judge Trauger
JP MORGAN CHASE, N.A., ) Magistrate Judge Griffin
)
    Defendant. )

## PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO DISMISS
## AND PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS

I filed in forma pauperis on August 10, 2010, and it was granted, by Judge Trauger. Because of that, the court had a duty to properly serve and notice the defendant, and failed to so do. Wherefore the court failed to perform it's duty, I move this court to dismiss defendant's motion to dismiss.

Respectfully Submitted,

Bobby Cochran
7176 Chester Rd
Fairview, TN 37062
Cochranbgc@aol.com
615-799-8040  615-406-6667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following, via U.S. certified mail, on this the 3rd of February, 2011

James C. Bradshaw, BPR # 013170
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue 37203-1423
615-244-0020

Counsel for Defendant JP Morgan Chase, N.A.

_____

Certified Mail
7009 3410 0001 1237 2181