UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BOBBY COCHRAN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:10-CV-753 |
| | ) |
| JP MORGAN CHASE, N.A., | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Comes now Defendant JP Morgan Chase, N.A. ("Chase"), by and through undersigned counsel, and gives notice of withdrawal of its December 28, 2010, Motion (Docket Entry No. 11) based on the Magistrate's findings in the January 7, 2011, Order (Docket Entry No. 16).

Respectfully submitted,

    /s/ James C. Bradshaw III
James C. Bradshaw III, BPR 13170
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
Telephone: 615.244.0020
Facsimile: 615.256.1726

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, a copy of the foregoing Notice of Withdrawal of Motion was filed in the above-captioned action. A copy of this Notice will be sent by operation of the Court's electronic filing system to **Bobby Cochran, 7176 Chester Road, Fairview, TN 37062.**

       /s/ James C. Bradshaw III
       James C. Bradshaw III

45410701.3