IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY COCHRAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0753 |
| ) | Judge Trauger |
| JP MORGAN CHASE, N.A., ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (DOCKET ENTRY NO 4) AND AS PER ORDER DATED JANUARY 7, 2011 (DOCKET ENTRY NO 15)**

1. The defendant has not submitted sufficient evidence that the foreclosing party is the real party in interest, and has standing to proceed with the foreclosure.

2. The foreclosing firm notified me that they are no longer liable to notify me of a sale date. Wherefore plaintiff moves the court for injunctive relief, until all issues in the case that is before the court are adjudicated.

Respectfully Submitted,

   s/ Bobby Cochran

Bobby Cochran
7176 Chester Rd
Fairview, TN 37062
Cochranbgc@aol.com
615-799-8040  615-406-6667

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2011, a copy of the **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AS PER ORDER DATED JANUARY 7, 2011 (DOCKET ENTRY NO 15)** was filed in the above captioned action. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

James C. Bradshaw, BPR # 013170
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue 37203-1423
jbradshaw@wyattfirm.com
615-244-0020

Counsel for Defendant JP Morgan Chase, N.A.

    s/ Bobby Cochran
    Bobby Cochran