IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOBBY COCHRAN )
)
v. ) NO: 3:10-0753
)
JP MORGAN CHASE, N.A., )

**O R D E R**

Presently pending before the Court is the motion to dismiss or, in the alternative, for a more definite statement (Docket Entry No. 29) filed by the Defendant. The Plaintiff shall have until March 14, 2011, to file a response to the motion. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that the claims against the Defendant be dismissed.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge