## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| BOBBY COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0753 |
| | ) | Judge Trauger |
| JP MORGAN CHASE, N.A., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

### O R D E R

On February 7, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Temporary Restraining Order (Docket No. 2) and Motion For Preliminary Injunction (Docket No. 4) are **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 28th day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge