UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **BOBBY COCHRAN,** | ) |
| | ) |
|     **Plaintiff,** | )   **CIVIL ACTION NO. 3:10- CV-753** |
| | ) |
| **v.** | )   **Judge Sharp** |
| | ) |
| **JP MORGAN CHASE, N.A.,** | )   **Magistrate Judge Griffin** |
| | ) |
|     **Defendant.** | ) |

## JP MORGAN CHASE, N.A.'S AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS AND TO AMEND SCHEDULING ORDER

Comes now Defendant JP Morgan Chase, N.A. ("Chase") by and through counsel, and respectfully moves to amend JP Morgan Chase, N.A.'s Motion for Extension of Time to Respond to Discovery Requests and to Amend Scheduling Order filed on September 26, 2011, [D.E. #44] as follows:

Due to the nature of the Discovery Requests and their lack of clarity, specifically the Interrogatories, and the need for additional time to research the file documents, Chase requests an additional 60 days to respond to the Discovery Requests, or until December 2, 2011 (not December 31, 2011, as reflected in D.E. #44).

Given its request for additional time to respond to discovery, Chase requests further relief from the Court regarding the scheduling Order [D.E. #42] and respectfully asks that the current discovery-related motion deadline of September 29, 2011, be amended to allow an additional thirty (30) days for any such motion, or until October 31, 2011; that the September 29, 2011, deadline for all discovery be extended to December 2, 2011 [not December 3, 2011, as reflected in D.E. #44]; and that the dispositive motion deadline set for October 24, 2011, be reset for December 30, 2011 [not December 15, 2011, as reflected in D.E. #44].

Respectfully submitted,


/s/ D. Andrew Amonette
James C. Bradshaw III, BPR 13170
D. Andrew Amonette, BPR 23474
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
*jbradshaw@wyattfirm.com*
*aamonette@wyattfirm.com*

*Counsel for JP Morgan Chase, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, a copy of the foregoing was filed in the above-captioned action. A copy of the foregoing will be sent by operation of the Court's electronic filing system to Bobby Cochran, 7176 Chester Road, Fairview, Tennessee 37062.


/s/ D. Andrew Amonette

60076685.1