# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **BOBBY COCHRAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:10-CV-753** |
| | ) | |
| **v.** | ) | **Judge Sharp** |
| | ) | **Magistrate Judge Griffin** |
| **JP MORGAN CHASE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT JP MORGAN CHASE BANK N.A.'S MOTION FOR SUMMARY JUDGMENT

Through his Amended Complaint, Plaintiff attempts to allege several causes of action against Defendant J.P. Morgan Chase Bank, N.A. ("Chase") which appear to stem from the closing of a residential loan in September of 1995. Plaintiff's actions cannot prevail because: (1) certain claims are time-barred by the relevant statute of limitations, (2) Plaintiff fails to demonstrate any express or implied contract was breached, and (3) Plaintiff fails to state or demonstrate a cause of action under Tennessee Code Annotated §66-5-106 (2011). For these reasons, Chase respectfully moves for summary judgment pursuant to Rule 56, Fed. R. Civ. P.

In support of this Motion, Chase relies on the following: Exhibit A- Excerpts from the deposition of Bobby Cochran, Exhibit B- Promissory Note, Exhibit C- Excerpts from Defendant's Response to Interrogatories, Chase's Memorandum in Support of this Motion and Statement of Undisputed Material Facts, filed contemporaneously herewith.

Respectfully submitted,

_____/s/ D. Andrew Amonette_____
James C. Bradshaw III, BPR 13170
D. Andrew Amonette, BPR 23474
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203
Telephone: 615.244.0020
Facsimile: 615.256.1726


*Counsel for JP Morgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, a copy of the foregoing was filed in the above-captioned action.  A copy will be sent by operation of the Court's electronic filing system to Bobby Cochran, 7176 Chester Road, Fairview, Tennessee 37062.


_____/s/ D. Andrew Amonette_____
D. Andrew Amonette


60127754.4