IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BOBBY COCHRAN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:10-CV-753 |
| | ) |
| v. | ) Judge Sharp |
| | ) Magistrate Judge Griffin |
| JP MORGAN CHASE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT JP MORGAN CHASE BANK N.A.'S MOTION TO AMEND AND REPLACE NOTICE OF FILING IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant J.P. Morgan Chase Bank, N.A. ("Chase") by and through its undersigned counsel, hereby respectfully requests the Court to replace the Exhibits attached to Chase's Notice of Filing, [DE #63] with the attached Exhibits A, B, C, and D.

In support of this Motion, Chase would state the documents previously submitted to the court in support of its Motion for Summary Judgment as cited in its Statement of Undisputed Material Facts were incomplete.

Chase respectfully requests that the Court replace the Exhibits to the Notice of Filing with the documents attached and to which Chase relies on in support of its Motion for Summary Judgment filed on February 13, 2012 [DE #60], as follows:

Exhibit A- Excerpts from the deposition of Bobby Cochran,

Exhibit B- Promissory Note,

Exhibit C- Excerpts from Defendant's Response to Interrogatories, and

Exhibit D – Assignment of Deed of Trust.

The Notice of Filing of Replacement Exhibits is filed contemporaneously herewith.

        Respectfully submitted,

        ____/s/ D. Andrew Amonette_____
        James C. Bradshaw III, BPR 13170
        D. Andrew Amonette, BPR 23474
        **WYATT, TARRANT & COMBS, LLP**
        2525 West End Avenue, Suite 1500
        Nashville, Tennessee 37203
        Telephone: 615.244.0020
        Facsimile: 615.256.1726

        *Counsel for JP Morgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2012, a copy of the foregoing was filed in the above-captioned action. A copy will be sent by operation of the Court's electronic filing system to Bobby Cochran, 7176 Chester Road, Fairview, Tennessee 37062.

        ____/s/ D. Andrew Amonette_____
        D. Andrew Amonette

60131665.1