# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **BOBBY COCHRAN,** | ) |
| **Plaintiff,** | ) ) ) **CIVIL ACTION NO. 3:10-CV-753** |
| v. | ) ) **Judge Sharp** |
| **JP MORGAN CHASE BANK, N.A.,** | ) **Magistrate Judge Griffin** ) |
| **Defendant.** | ) ) |

## DEFENDANT JP MORGAN CHASE BANK, N.A. NOTICE OF DISCOVERY RESPONSE REVIEW

Comes now Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through counsel, and hereby gives notice pursuant to this Court's Order that it has reviewed its responses to Plaintiff's written discovery requests and would state that there is no response in which Defendant made an objection based solely upon the misnomer of the Defendant's name. Chase reserves and maintains any other objections stated in any response to Plaintiff's written discovery requests as well as any further response to same.

Respectfully submitted,

\_\_\_\_/s/ D. Andrew Amonette_____
James C. Bradshaw III, BPR 13170
D. Andrew Amonette, BPR 23474
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203
Telephone: 615.244.0020
Facsimile: 615.256.1726

*Counsel for JP Morgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2012, a copy of the foregoing was filed in the above-captioned action. A copy will be sent by operation of the Court's electronic filing system to Bobby Cochran, 7176 Chester Road, Fairview, Tennessee 37062.

                                                   /s/ D. Andrew Amonette
                                                 D. Andrew Amonette

60136256.1