**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **BOBBY COCHRAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:10-CV-753** |
| | ) | |
| **v.** | ) | **Judge Sharp** |
| | ) | **Magistrate Judge Griffin** |
| **JP MORGAN CHASE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REVIEW OF EXTENSION OF TIME FOR DISCOVERY

Comes now Defendant JP Morgan Chase Bank, N.A. ("Defendant" or "Chase") by and through counsel, and for its response to Plaintiff Bobby Cochran's ("Plaintiff") Motion for Review of Extension of Time for Discovery and would respond as follows:

Discovery in this matter was scheduled to be completed on or about December 2, 2011 [D.E. 46]. By way of Plaintiff's motion, Plaintiff seeks to again enlarge the time for discovery for Plaintiff to "resubmit, clarify and amend requests for discovery". The Plaintiff's motion appears to be a refiling of Plaintiff's Motion for Extension of Time, which this Court already denied. *See* D.E. 52; *see also* D.E. 56.

Defendant Chase asks that this Court deny Plaintiff's Motion for Review of Extension of Time based upon the Court's current scheduling order and to avoid undue delay.

Respectfully submitted,


_____/s/ D. Andrew Amonette_____
James C. Bradshaw III, BPR 13170
D. Andrew Amonette, BPR 23474
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
*jbradshaw@wyattfirm.com*
*aamonette@wyattfirm.com*

*Counsel for JP Morgan Chase Bank, N.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2012, a copy of the foregoing was filed in the above-captioned action. A copy will be sent by operation of the Court's electronic filing system to:

Bobby Cochran
7176 Chester Road
Fairview, Tennessee 37062


_____/s/ D. Andrew Amonette_____
D. Andrew Amonette

60136142.1