# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **BOBBY COCHRAN,** | ) |
| | ) |
| **Plaintiff,** | ) **CIVIL ACTION NO. 3:10-CV-753** |
| | ) |
| v. | ) **Judge Sharp** |
| | ) **Magistrate Judge Griffin** |
| **JP MORGAN CHASE BANK, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REVIEW OF DEADLINE FOR DISPOSITIVE MOTIONS

Comes now Defendant JP Morgan Chase Bank, N.A. ("Defendant" or "Chase") by and through counsel, and for its response to Plaintiff Bobby Cochran's ("Plaintiff") Motion for Review of Deadline for Dispositive Motions and would respond as follows:

Plaintiff seeks additional time or until March 1, 2012 for "rescheduling of time to answer or file dispositive motions until a reasonable time after that date." Plaintiff provides reasons for such extension that he is out of town and out of the country due to work commitments until March 1, 2012.

As Defendant has filed a dispositive motion in this matter, it seeks to avoid unnecessary delay on the Court's ruling on said motion; but would be amenable to an appropriate time allowed to Plaintiff to file a response.

Respectfully submitted,

_____/s/ D. Andrew Amonette_____
James C. Bradshaw III, BPR 13170
D. Andrew Amonette, BPR 23474
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
*jbradshaw@wyattfirm.com*
*aamonette@wyattfirm.com*

*Counsel for JP Morgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2012, a copy of the foregoing was filed in the above-captioned action. A copy will be sent by operation of the Court's electronic filing system to:

Bobby Cochran
7176 Chester Road
Fairview, Tennessee 37062

                                                            /s/ D. Andrew Amonette
                                                            D. Andrew Amonette

60136119.1